United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE, | No. C-06-2596 MMC |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendants / | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Saundra Brown Armstrong for consideration of whether the case is related to Wade v. Social Security Administration, C-05-5086 SBA.

**IT IS SO ORDERED.**

Dated: April 20, 2006

MAXINE M. CHESNEY
United States District Judge